January 29, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

**GULF COAST ASPHALT COMPANY, L.L.C. AND TRIFINERY, INC.,**
Appellants

NO. 14-13-00991-CV                    V.

**RUSSELL T. LLOYD, JOHN M. O'QUINN & ASSOCIATES, L.L.P., AND JOHN M. O'QUINN & ASSOCIATES, P.L.L.C., Appellees**

_____

This cause, an interlocutory permissive appeal from a partial summary judgment order in favor of appellees; Russell T. Lloyd, John M. O'Quinn & Associates, L.L.P., and John M. O'Quinn & Associates, P.L.L.C.; signed October 21, 2013, was heard on the transcript of the record. The record shows that the requirements for a permissive appeal pursuant to section 51.014 of the Texas Civil Practice and Remedies Code have not been satisfied. Accordingly, we withdraw our order of December 12, 2013 granting the motion for permissive appeal, deny the motion, and **DISMISS** the appeal for want of jurisdiction.

We order each party to pay their own costs incurred in this appeal.

We further order this decision certified below for observance.